THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-92-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JIMMY LEVON UNDERWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

Jimmy Levon Underwood ("Underwood" or "defendant") moved for reduction of sentence [D.E. 119]. On January 14, 2022, Underwood was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Jimmy Levon Underwood") (last visited February 9, 2022). In light of defendant's release, the motion to reduce sentence [D.E. 119] is DENIED AS MOOT.

SO ORDERED. This 9 day of February, 2022.

JAMES C. DEVER III
United States District Judge